UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT EVELAND, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 4:22 CV 1068 CDP |
| ) | |
| CITY OF ST. LOUIS, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

On June 7, 2023, Plaintiffs moved for leave to file a third amended and supplemental complaint. Because no defendant has opposed the motion, I will grant it.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's unopposed Motion for Leave to File Their Third Amended and Supplemental Complaint [46] is **GRANTED**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of July, 2022.