# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| ROBERT "DAN" EVELAND, et al., ) | |
|     Plaintiffs, ) | |
| ) | Cause No.: 4:22-CV-1068-CDP |
| v. ) | |
| ) | |
| CITY OF ST. LOUIS, et al., ) | |
|     Defendants. ) | |
| ) | |

## JOINT MOTION TO AMEND
## CASE MANAGEMENT ORDER

COME NOW Defendant, City of St. Louis, and Plaintiffs, Robert Eveland, et al., in the above-referenced matter and pursuant to Federal Rules of Civil Procedure 6(B)(1)(B) and 16(b)(4), file this Joint Motion to Amend the Case Management Order ("CMO") in this case.

1. On May 25, 2023 this Court entered its Order granting Plaintiff's motion for extension of time to complete ADR, and setting an ADR Compliance Report Deadline of October 30, 2023. The parties and the mediator have conferred and agree that mediation is more likely to be successful at a later date. Lead defense counsel Silsbe is scheduled to be on medical leave for up to 4 weeks beginning November 9 and will therefore be unavailable until December. The parties and the mediator have conferred and tentatively selected December 1, 2023 as an alternative date for mediation, pending the Court's approval.

2. Therefore, the parties request that this Court enter an order amending paragraph 4 of its CMO and directing that the reference of this case to alternative dispute resolution shall terminate on December 6, 2023.

3. Due to Attorney Silsbe's upcoming medical leave, Defendants further request the extension of the discovery deadlines and deadlines for dispositive motions as follows:

   a. All discovery shall be completed no later than December 6, 2023;

   b. Any motions to dismiss, motions for summary judgment, motions for judgment on the pleadings, or any motions to limit or exclude expert testimony must be filed no later than January 1, 2024. Opposition briefs shall be filed no later than twenty-one (21) days after the motion or January 22, 2024, whichever is earlier. Any reply brief may be filed no later than ten (10) days following the response brief or February 1, 2024, whichever is earlier; and

   c. Defendants request the trial date (April 8, 2024) in this matter be moved back accordingly, should the Court deem it necessary to allow sufficient time for ruling on dispositive motions.

4. This motion only seeks extensions of deadlines which are specifically referenced in this motion. All other previous deadlines remain in place.

WHEREFORE, the parties respectfully request for good cause shown, that the Court modify the current CMO to extend the above deadlines for all parties as set forth above.

Respectfully submitted,

**SHEENA HAMILTON,
CITY COUNSELOR**

*/s/ Alexis Silsbe*
Alexis Silsbe #64637 (MO)
Curtis T. Haynes #73093 (MO)
City of St. Louis Law Department
Room 314, City Hall
1200 Market Street
St. Louis, MO 63103
Tel: (314) 622-3361
silsbe@stlouis-mo.gov
haynescu@stlouis-mo.gov
**ATTORNEYS FOR DEFENDANT
CITY OF ST. LOUIS**

**Respectfully submitted,**

**KISTNER, HAMILTON, ELAM & MARTIN, LLC**

By: */s/ Elkin L. Kistner*
 Elkin L. Kistner        #35287MO
 Sean M. Elam         #56112MO
1406 North Broadway
 St. Louis, MO 63102
 Telephone: (314) 783-9798
 Facsimile:  (314) 944-0950
 E-mail: elkinkis@law-fort.com
 E-Mail: smelam@law-fort.com
 *Attorneys for Plaintiffs*

**HAMMOND AND SHINNERS, P.C.**

By: */s/ Emily R. Perez*
 Emily R. Perez      #62537MO
13205 Manchester Rd., Suite 210
 St. Louis, MO 63131
 Telephone: (314) 727-1015
 Facsimile:  (314) 727-6804
 E-mail: eperez@hammondshinners.com
 *Co-Counsel for Plaintiffs*

Case: 4:22-cv-01068-CDP   Doc. #: 60   Filed: 10/30/23   Page: 4 of 5 PageID #: 714

## **CERTIFICATE OF SERVICE**

I hereby certify the foregoing was electronically filed with the Court for service on <u>October 30, 2023</u><s>October 27, 2023</s>.

                       _____/s/ Alexis L. Silsbe_____