UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT EVELAND, *also known as Dan*, *et al.*, | ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) No. 4:22CV01068 CDP |
| CITY OF ST. LOUIS, *et al.*, | ) ) ) |
| Defendant(s) | ) |

**CLERK'S ENTRY OF DEFAULT**

This matter is before the Clerk of Court on direction of the Court as set forth in the Memorandum and Order [ECF No. 78] issued on February 21, 2024. The Court ordered that Plaintiffs' Motion [ECF No. 74] be construed as a Motion for Entry of Clerk's Default against Defendant Firefighters Institute for Racial Equality, Inc. (FIRE) pursuant to Fed.R.Civ.P. 55(a). It was further noted that Defendant FIRE has failed to file a responsive pleading to the Third Amended Complaint.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Entry of Clerk's Default against Defendant FIRE [ECF No. 74] as set forth in the Court's Order [ECF No. 78] is GRANTED and the default of said defendant is hereby entered.

Dated this 23rd day of February, 2024.

_____
Lori Miller Young
Chief Deputy Clerk