# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **ROBERT EVELAND, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 4:22-cv-01068-CDP |
| | ) |
| **CITY OF ST. LOUIS, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

### Option 1

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for ____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____.
_____

### Option 2

In accordance with the Court's Order Referring Case to ADR,

☒   A final ADR conference was held on: _March 15, 2024_____.

☒   All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐   The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.
_____

The ADR referral was concluded on _March 15, 2024_____ and the parties [☐ did ☒ did not] achieve a settlement.
_____

### Option 3

☐   Although this case was referred to ADR, a conference WAS NOT HELD.

4/17/2024                                 /s/ Bradley A. Winters
Date                                      Neutral