# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-2646

Robert Eveland, also known as Dan, et al.

Appellants

v.

City of St. Louis, et al.

Appellees

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01068-CDP)

___

**ORDER**

The motion to withdraw as retained counsel is granted. Attorney Elkin Leland Kistner for Appellants Robert Eveland, Michael Vincent, John Fischer, William Ellner, Steven Nienhouse, Darren Williams, Andrew Woodhead, Donald Champ, Licole McKinney, Nick Scanga, Timothy Schultz, Ted Chrun, Keven Herdler, Ted Ellis, Joseph Nea, Jessica Jackson, Dave Hummel, Kevin Koch and Chad Crafton has been granted leave to withdraw from this case.

October 11, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
___

/s/ Maureen W. Gornik